UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | | CASE NO. 98-207 |
| CHRISTOPHER FRANK | * | USM NO. 01160-748 |

Date of Previous Judgment: 9/20/1999    Defendant's Attorney: Samantha Kuhn

## ORDER FOR SENTENCE REDUCTION
## PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed: Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:
☒ GRANTED and the defendant's previously imposed sentence of imprisonment of __Life__ as to count(s) __1__ is reduced to __208 months__.
☐ DEFERRED pending supplemental briefing and/or a hearing.
☐ DENIED after complete review of the motion on the merits.

The defendant's total term of imprisonment as to all count(s) is __268__.

The defendant's term of supervised release:
☒ REMAINS as previously ordered.
☐ is REDUCED to _____.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**

Prior Statutory Minimum: 240 months        Amended Statutory Minimum: 120 months
Prior Guideline Range: Life                Amended Guideline Range: Life
Prior Sentence: Life                       Amended Sentence: 208 months
Prior Supervised Release: 10 years         Amended Supervised Release: 10 years

Comments (if applicable):
The parties agree that Frank is eligible for a sentence reduction under Section 404(b) of the First Step Act of 2018. This Court agrees with the Government that in light of the Fifth Circuit's opinions in United States v. Hegwood, 934 F.3d 414 (5th Cir. 2019) and United States v. Baptiste, 309 F.3d 274 (5th Cir. 2002), Frank's revised statutory guideline is 10 years to life. In considering the sentencing factors of 18 U.S.C. Section 3553(a), defendant's age at conviction, and his impressive rehabilitative efforts in prison, the Court exercises its discretion to reduce his sentence and finds that a sentence of 208 months is sufficient to comply with the goals of sentencing.

Except as provided above, all provisions of the judgment dated __9/20/1999__ shall remain in effect. The reduced sentence shall be effective **10 days** following the date of this order indicated below.

**IT IS SO ORDERED.**

7/16/2020
ORDER DATE                                 UNITED STATES DISTRICT JUDGE